PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT
for the
Western District Of Pennsylvania

U.S.A. vs.   Nathan Gene Woods                    Docket No.   0315 2:21CR00040

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW Matthew P. Anderson, U.S. Probation Officer, presenting an official report upon the conduct of defendant Nathan Gene Woods, who was placed under pretrial release supervision by the Honorable Maureen P. Kelly sitting in the COURT at Pittsburgh PA, on the 23rd day of February, 2021, under the following conditions:

The defendant must not violate federal, state, or local law while on release.

      RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

This officer previously made two reports to the Court. On April 30, 2021, this officer notified the Court of an allegation reflecting serious charges at the local level. A recommendation for a warrant was granted as a result by the Honorable Arthur J. Schwab. This officer was notified on May 12, 2021 that the aforementioned charges were withdrawn and that no further hearings were to take place with respect to the allegation. This officer made the Court aware of such information on May 13, 2021 with a recommendation that the warrant issued on April 30, 2021 be rescinded which was accepted again by the Honorable Arthur J. Schwab on May 14, 2021.

This officer received notification on May 18, 2021 that the charges were withdrawn for a purpose unrelated to traditional courtroom procedure. The original charges were filed at MJ-05205-CR-0127-2021 and this allegation contained the full name of the endangered child. Due to this information being on public docket, the charges were withdrawn and were to be refiled on a new docket with the child's name redacted. Due to the charges being withdrawn and no new charges being enacted, all detainers were lifted, and the defendant was allowed to exit the Allegheny County jail. The summary of the charges and the new docket number are detailed below.

This officer received an arrest notification at 1:13AM on April 29, 2021. After reviewing the notification and subsequent police report, the officer discovered the following:

Harrison Township Police Officers Olszewski, Falkner, and Cottone were dispatched to 1016 Lilac Street Natrona Heights PA at approximately 1:37PM for a child custody issue. The Harrison Township Police were contacted at this time by a CYF case manager attempting to execute an emergency child removal court order for one child, Aurora Woods (one week old). It should be noted that the emergency removal order was drafted and signed due to a reported incident from April 27, 2021. A witness reported that Mr. Woods and Ms. Thomas were engaged in a verbal argument. This verbal altercation escalated to a volatile point where Mr. Woods grabbed the bassinet where the week-old child was asleep and threw it across the room. CYF explained that they attempted to speak with the defendant and his significant other Ms. Ashley Thomas about the order. While in discussion with the defendant, Mr. Woods retreated into the home, took possession of his child, and instructed Ms. Thomas that they were to leave the house immediately. The defendant took control of a white Chevrolet sedan and drove away from the address with other parties inside. It should be noted that the defendant is known to not have a valid driver's license. Officer left this scene to search for the defendant and the reported vehicle.

At approximately 2:00PM, CYF contacted the responding officers to report that the defendant, Ms. Thomas, and baby Aurora returned to the 1016 Lilac Street address. Officers quickly responded and were able to place the defendant and Ms. Thomas into custody. Baby Aurora was found in the reported vehicle and appeared to be unharmed. CYF assumed custody of the child while on scene. The defendant was placed in the back seat of a police cruiser to be transported to the station for processing. During transport, the defendant continually bashed his head off the divider and kicked the back door/windows which resulted in damage to the door.

U.S.A. vs.
Docket No. 0315 2:21CR00040
Page 2

Case 2:21-cr-00040-AJS   Document 52   Filed 05/19/21   Page 2 of 2

Due to the information detailed above, the defendant was charged with Interference with Custody of Children (F3), Institutional Vandalism (M2), and Disorderly Conduct (M3) at MJ-05205-CR-0140-2021. The defendant is scheduled for a preliminary hearing before the Honorable Carolyn S. Bengel on May 26, 2021.

This officer attempted to contact the defendant on May 18, 2021. The defendant's phone is shut off and this officer was unable to leave a voicemail. The defendant's Allegheny County Probation Officer reported having the same issue.

PRAYING THAT THE COURT WILL ORDER THAT A WARRANT BE ISSUED SO THAT THE DEFENDANT APPEARS BEFORE THE COURT TO EXPLAIN WHY HIS BOND SHOULD NOT BE REVOKED.

ORDER OF COURT
☐ No Action
X The Issuance of a Warrant and:
  X Petition and Warrant sealed until arrest
☐ Bond Violation Be Scheduled
☐ Other

Considered and ordered this _____ day of _____, 2021, and ordered filed and made a part of the records in the above case.

s/ Arthur J. Schwab 05/19/21
Honorable Arthur J. Schwab
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

Matthew P. Anderson
2021.05.18 14:25:05 -04'00'

Matthew P. Anderson
U.S. Pretrial Services Officer

Sara A. Romig
2021.05.18 14:19:18 -04'00'

Sara A. Romig
Supervising U.S. Pretrial Services Officer

Place     Pittsburgh, PA